United States District Court
Southern District of Texas
**ENTERED**
March 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOSES KANJA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-18-738 |
| | § | |
| SELECT PORTFOLIO SERVICING, | § | |
| INC., *and* THE BANK OF NEW | § | |
| YORK MELLON TRUST | § | |
| COMPANY, N.A., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Because the Court has granted summary judgment in favor of Defendants Select Portfolio Servicing, Inc., and the Bank of New York Mellon Trust Company, N.A., on all claims asserted in this lawsuit by Plaintiff Moses Kanja, the Court hereby

**ORDERS** that Plaintiff Moses Kanja's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __12__ day of March, 2019.

DAVID HITTNER
United States District Judge